FILED 06 OCT '20 16:25USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-__475  SI__ |
| v. | INDICTMENT |
| ROBERT JON GILLIAM, | 18 U.S.C. §§ 922(u), 924(m) |
| | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

### COUNT 1
**(Theft of Firearms from a Federal Firearms Licensee)**
**(18 U.S.C. §§ 922(u), 924(m), & 2)**

On or about May 8, 2020, within the District of Oregon, defendant **ROBERT JON GILLIAM**, did knowingly and unlawfully take firearms from the inventory of Tillamook Sporting Goods, Inc., a federal firearms licensee (FFL) within the meaning of Chapter 44, Title 18, United States Code, located at 2207 Main Avenue N. Suite B, Tillamook, Oregon, to wit:

(1) a Kimber .45 caliber pistol, model Ultra Carry II, bearing serial number KU229288,

(2) a Kimber .45 caliber pistol, model Stainless II, bearing serial number K444842,

(3) a Kimber .45 caliber pistol, model Pro TLE II, bearing serial number KR195486,

(4) a Kimber .45 caliber pistol, model Ultra CDP II, bearing serial number KU237115,

(5) a Kimber .45 caliber pistol, model Stainless Ultra TLE II, bearing S# KU242742,

(6) a Kimber 9mm caliber pistol, model Solo Carry, bearing serial number S1154631,

(7) a Kimber 9mm caliber pistol, model Solo Carry DC, bearing serial number S1152363,

(8) a Kimber .45 caliber pistol, model Custom TLE II, bearing serial number K458712,

(9) a Kimber .380 caliber pistol, model Micro Raptor, bearing serial number P0011474,

(10)   a Walther 9mm caliber pistol, model PPQ, bearing serial number FBC4656,

(11)   a Walther 9mm caliber pistol, model PPQ, bearing serial number FCT3286,

(12)   a Walther 9mm caliber pistol, model PPQ M2, bearing serial number FCW3486,

(13)   a Walther 9mm caliber pistol, model PPQ Q4, bearing serial number FCV3301,

(14)   a Walther 9mm caliber pistol, model CCP M2, bearing serial number WK126820,

(15)   a Walther 9mm caliber pistol, model CCP M2, bearing serial number WK123405,

which had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(u), 924(m), and 2.

## COUNT 2
### (Felon in Possession of Firearm(s))
### (18 U.S.C. § 922(g)(1))

On or about May 8, 2020, in the District of Oregon, defendant **ROBERT JON GILLIAM**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Tampering with a Witness, on or about December 10, 2015 in the State of Oregon, Tillamook County Circuit Court, Case Number 15-CR-20606,

(2) Theft I (x3), on or about October 18, 2012, in the State of Oregon, Tillamook County Circuit Court, Case Number 11-1212,

(3) Theft I, on or about May 3, 2010, in the State of Oregon, Tillamook County Circuit Court, Case Number 10-1047,

did knowingly and unlawfully possess one or more of the following firearms:

(1) a Kimber .45 caliber pistol, model Ultra Carry II, bearing serial number KU229288,

(2) a Kimber .45 caliber pistol, model Stainless II, bearing serial number K444842,

(3) a Kimber .45 caliber pistol, model Pro TLE II, bearing serial number KR195486,

(4) a Kimber .45 caliber pistol, model Ultra CDP II, bearing serial number KU237115,

(5) a Kimber .45 caliber pistol, model Stainless Ultra TLE II, bearing S# KU242742,

(6) a Kimber 9mm caliber pistol, model Solo Carry, bearing serial number S1154631,

(7) a Kimber 9mm caliber pistol, model Solo Carry DC, bearing serial number S1152363,

(8) a Kimber .45 caliber pistol, model Custom TLE II, bearing serial number K458712,

(9) a Kimber .380 caliber pistol, model Micro Raptor, bearing serial number P0011474,

(10) a Walther 9mm caliber pistol, model PPQ, bearing serial number FBC4656,

(11) a Walther 9mm caliber pistol, model PPQ, bearing serial number FCT3286,

(12) a Walther 9mm caliber pistol, model PPQ M2, bearing serial number FCW3486,

(13) a Walther 9mm caliber pistol, model PPQ Q4, bearing serial number FCV3301,

(14) a Walther 9mm caliber pistol, model CCP M2, bearing serial number WK126820,

(15) a Walther 9mm caliber pistol, model CCP M2, bearing serial number WK123405,

/ / /

/ / /

/ / /

/ / /

which firearm(s) had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

Dated: October 6th, 2020

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney